UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DISTRICT OF COLUMBIA<br>FOR THE USE AND BENEFIT OF<br>JOHNSON CONTROLS, INC.<br><br>    Plaintiff<br><br>Vs.<br><br>SPECIALTY CONSTRUCTION<br>MANAGEMENT, INC., and<br>NORTH AMERICAN SPECIALTY INSURANCE<br>COMPANY<br><br>    Defendants. | :<br>:<br>:<br>:<br>:  Civil Action Number:<br>:<br>:<br>:<br>:<br>:  JURY DEMAND<br>:<br>:<br>:<br>: |

## LCvR 7.1 CORPORATE DISCLOSURE

I, the undersigned, counsel of record for Johnson Controls, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Johnson Controls, Inc., which have outstanding securities in the hands of the public.

NONE.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully Submitted, this 6th day of March, 2006

ADORNO & YOSS LLC

*[signature]*

Thomas L. Patterson
D.C. Bar No. 392,329
1000 Vermont Avenue, NW

{409678.0035/A0043283_1}

Suite 450
Washington, DC 20005
Tel: (202) 408-5700
Fax: (202) 408-7677
tpeterson@adorno.com
Attorneys for Johnson Controls, Inc.

Of Counsel
Tracey Walker, Esq.
Georgia Bar No. 732752
Kenneth Muhammad
Georgia Bar No.: 527907
Two Midtown Plaza, Suite 1500
1349 W. Peachtree Street, NW
Atlanta, Georgia  30309
Tel: (404) 347-8300
Fax: (404) 347-8395

{409678.0035/A0043283_1}