# AFFIDAVIT OF PROCESS SERVER

| | |
|---|---|
| United States District Court | District Of Columbia |

**Johnson Controls, Inc.**

    Plaintiff

vs.

**Specialty Construction Management, Inc., and North American Speciality Insurance Company Defendants**

    Defendant

Attorney:

Adorno & Yoss, LLP
1000 Vermont Ave., NW, Suite 450
Washington, DC. 20005

**Case Number:** 1:06CV00413

**Court Date:**
**Court Time:**

Legal documents received by Same Day Process Service on May 11th, 2006 at 1:30 PM to be served upon **Speciality Construction Management, Inc. Registered Agent for Service of Process at 8524 Silverview Dr., Lorton, VA. 22079**

I, Brandon A. Snesko, swear and affirm that on **May 11th, 2006 at 7:40 PM**, I did the following:

Served the **corporation** listed as the intended recipient of the legal documents by delivering a conformed copy of the **Summons and Complaint** to **Tarsem Singhell** as **Agent for Service of Process** of the within named corporation.

**Description of Person Accepting Service:**
Sex: Male   Age: 50   Height: 5'11   Weight: 190   Skin Color: White   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare that I am eighteen years of age or older and have no interest in the above legal matter. I attest that I am certified, appointed by sheriff or motion and order and that I am legally authorized to serve court documents within the above named circuit / county.

_(signature)_
Brandon A. Snesko
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000000465

Copyright 2005 Process Server Central, LLC. All rights reserved.