# Affidavit of Process Server

United States DistrictCourt District of Columbia/ case# 1:06cv00413
(NAME OF COURT)

Johnson Controls, Inc vs Specialty Construction Management inc &North
PLAINTIFF/PETITIONER                DEFENDANT/RESPONDENT American Speciality Ins.CO

I Robert P Savoie , being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

Service: I served _____ North American SpecialityIns. Co _____
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) Summons

by leaving with Franco Lepera          CFO                                    At
              NAME                    RELATIONSHIP

☐ Residence _____
              ADDRESS                        CITY / STATE
XX Business    650 Elm Street             Manchester
              ADDRESS                        CITY / STATE

On  May 11 2006                 AT  1:50 PM
       DATE                            TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
                                                                              DATE
from _____
    CITY        STATE        ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
XX **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address   ☐ Moved, Left no Forwarding   ☐ Service Cancelled by Litigant   ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist   ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
                                                  DATE    TIME        DATE    TIME
(3) _____ (4) _____ (5) _____
    DATE   TIME      DATE   TIME      DATE   TIME

Description: Age 60  Sex M  Race W  Height 5;8  Weight 170  Hair ____ Beard ____ Glasses ____
                                                          bald

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 11th day of MAY, 2006

_____
NOTARY PUBLIC for _____

THERESA ANN SAVOIE, Notary Public
My Commission Expires April 21, 2009