UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The District of Columbia f/u/b/o Johnson Controls, Inc.<br><br>Plaintiff,<br><br>v.<br><br>Specialty Construction Management, Inc. and North American Specialty Insurance Company<br><br>Defendant. | CASE NUMBER: 1:06 CV 00413<br><br>Judge Huvelle |

## COUNTERCLAIM

Specialty Construction Management, Inc. hereby Counterclaims against Johnson Controls, Inc. and states in support thereof as follows:

1. Johnson Controls, Inc. was a subcontractor to Specialty Construction Management, Inc. on the project at issue, the Kelly Miller Middle School (the "Project"). Johnson Controls failed to timely perform its work as required under its subcontract resulting in Specialty Construction Management, Inc. being assessed backcharges and other costs incurred by San Jose Construction Group, Inc. in the amount of $52,780.00, the prime contractor on the Project.

2. The San Jose Construction Group, Inc. backcharge was assessed because Johnson Controls, Inc. failed to perform its commissioning obligations that it was obligated to perform under its subcontract with Specialty Construction Management, Inc.

3. Johnson Controls, Inc.'s failure to properly and timely perform its commissioning obligations under its subcontract was a material breach of its subcontract with Specialty Construction Management, Inc.

92898/F/1

3. Pursuant thereto, Specialty Construction Management, Inc. has withheld payment of $39,000 under Johnson Controls, Inc. subcontract and also has made a demand for payment of $13,780 from Johnson Controls, Inc.

5. Johnson Controls has failed and refused to make payment to Specialty Construction Management, Inc. of the $13,780.

3. Johnson Controls, Inc.'s failure to pay Specialty Construction Management, Inc. $13,780 is a material breach of contract between the parties entitling Specialty Construction Management, Inc. to the damages articulated.

**WHEREFORE**, Specialty Construction Management, Inc. demands judgment against Johnson Controls, Inc. in the amount of $13,780 plus interest, costs, attorney's fees and such other relief as this Court deems just and proper.

Respectfully submitted,

_____
Andrew N. Cook, Esq. (DC Bar 419166)
BELL, BOYD & LLOYD, PLLC
1615 L Street, N.W., Suite 1200
Washington, DC  20036
Telephone:  202 955-6828
Fax:  202 835-4118
Email:  acook@bellboyd.com

Counsel for Specialty Construction Management, Inc.