UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The District of Columbia f/u/b/o Johnson Controls, Inc.<br><br>Plaintiff,<br><br>Vs.<br><br>Specialty Construction Management, Inc. and North American Specialty Insurance Company<br><br>Defendant. | CASE NUMBER: 1:06 CV 00413<br><br>Judge Huvelle |

## MOTION TO APPEAR PRO HAC VICE

**TO THE HONORABLE UNITED STATES DISTRICT COURT:**

Plaintiff Johnson Controls, Inc. (hereinafter "JCI") moves the Court for an Order granting leave for Kenneth Wade Muhammad to appear in this case on behalf of JCI, and as grounds shows the Court as follows:

1.

Kenneth Wade Muhammad currently practices law with the law firm of Adorno & Yoss, LLC at 1349 West Peachtree Street, NE, Suite 1500, Atlanta, Georgia 30309. Mr. Muhammad is licensed to practice law in the States of Georgia, and is admitted to practice before the United States District Court for the Northern District of Georgia; Georgia Supreme Court; Georgia Court of Appeals; and the Georgia State and Superior Courts. Mr. Muhammad's State Bar of Georgia Number is 527907.

2.

Mr. Muhammad has not been disciplined by any bar. He has not been admitted pro hac vice in this Court within the last two years, or prior. He has read and is familiar with the local rules of the District Court for the District of Columbia, and will conduct himself according to the high standards required by this Court of attorneys who practice before this Court. He acknowledges that by accepting admission to this Court that he is subjecting himself to the discipline of this Court.

3.

JCI would like Mr. Muhammad to have the special permission of this Court to appear in this case because of his familiarity with the matters at issue, because he has performed legal work on behalf of JCI in various matters, and because he is familiar with its business.

4.

This Motion is brought in the interest of economy for the client and so that justice may be done.

Attached is the sworn Verification of Mr. Muhammad that the information contained in this Motion is true and correct to the best of his knowledge and belief.

WHEREFORE, PREMISES CONSIDERD, Plaintiff, Johnson Controls, Inc., prays that Mr. Muhammad be granted leave to appear pro hac vice before this Court in this case.

| Respectfully submitted. | Respectfully submitted. |
|---|---|
| **ADORNO & YOSS LLC** | **ADORNO & YOSS LLC** |
| /s/Kenneth Muhammad | Thomas L. Peterson |
| Kenneth Muhammad | D.C. Bar No. 392,329 |
| Georgia Bar No. 527907 | 1000 Vermont Avenue, NW |
| 1349 West Peachtree Street | Suite 450 |
| Suite 1500 | Washington, DC 20005 |
| Atlanta, Georgia 30309 | Tel: (202) 408-5700 |
| Telephone: (404) 347-8302 | Fax: (202) 408-7677 |
| Facsimile: (404) 921-9115 | tpeterson@adorno.com |
| kmuhammad@adorno.com | Attorney for Johnson Controls, Inc. |
| OF COUNSEL | |

Date: June 14, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The District of Columbia f/u/b/o Johnson Controls, Inc.<br><br>Plaintiff,<br><br>Vs.<br><br>Specialty Construction Management, Inc. and North American Specialty Insurance Company<br><br>Defendant. | CASE NUMBER: 1:06 CV 00413<br><br>Judge Huvelle |

## VERIFICATION

STATE OF GEORGIA
COUNTY OF FULTON

**PERSONALLY APPEARED** before the undersigned officer duly authorized by law to administer oaths, comes Kenneth W. Muhammad, applicant for admission pro hac vice, who after first being duly sworn, deposes and states under oath that the information contained in the foregoing MOTION TO APPEAR PRO HAC VICE is true and correct according to the best of my personal knowledge and belief.

This 13th day of June, 2006.

BY: _____
Kenneth Wade Muhammad
Georgia Bar No. 527907
Applicant

Sworn to and subscribed before me this

13th day of June, 2006.

_____
NOTARY PUBLIC

My Commission Expires: June 2, 2009

{212600.0910/A0061389_1}

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the *MOTION TO APPEAR PRO HAC VICE* has been delivered to the following individual on this 14th day of June, 2006.

>Andrew N. Cook, Esq.
>acook@bellboyd.com
>BELL, BOYD & LLOYD, PLLC
>1615 L Street, N.W., Suite 1200
>Washington, DC 20036

_____
Thomas L. Patterson

4

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The District of Columbia f/u/b/o Johnson Controls, Inc.<br><br>                        Plaintiff,<br><br>Vs.<br><br>Specialty Construction Management, Inc. and North American Specialty Insurance Company<br><br>                        Defendant. | CASE NUMBER:  1:06 CV 00413 |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

On this day, came on for consideration the Motion to Appear Pro Hac Vice of Kenneth W. Muhammad. The Court, after considering said Motion, finds that said Motion should be, in all things, granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that the Motion to Appear Pro Hac Vice of Kenneth W. Muhammad is hereby GRANTED.

Signed on this the ____ day of _____, 2006.


_____
HONORABLE ELLEN S. HUVELLE
UNITED STATES DISTRICT COURT JUDGE

5