UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JOHNSON CONTROLS, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 06-0413 (ESH) |
| SPECIALTY CONSTRUCTION MANAGEMENT, INC., *et al.*, | ) ) ) |
| Defendant. | ) ) |

**MEDIATION REFERRAL ORDER**

With the consent of the parties, it is hereby **ORDERED** that

1. This matter is referred for mediation to commence as of **June 29, 2006**.

2. The Clerk of the Court shall promptly furnish a copy of this order to the Circuit Executive who shall promptly assign a mediator.

3. Mediation efforts shall conclude by **August 4, 2006**.

4. If the case settles in whole or in part, plaintiff's counsel shall immediately advise the Court of the settlement by filing a stipulation.

**SO ORDERED.**

                                                           s/
                                              ELLEN SEGAL HUVELLE
                                              United States District Judge

Dated: June 28, 2006