UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| The District of Columbia f/u/b/o Johnson Controls, Inc.<br><br>    Plaintiff,<br><br>Vs.<br><br>Specialty Construction Management, Inc. and North American Specialty Insurance Company<br><br>    Defendant. | CASE NUMBER:  1:06 CV 00413<br><br>Judge Huvelle |

## ANSWER TO COUNTERCLAIM

Plaintiff Johnson Controls, Inc. (hereinafter "JCI") hereby files its Answer to the Counterclaim filed by Specialty Construction Management, Inc. (hereinafter "Specialty Construction") as follows:

1.

JCI admits only that it served as a subcontractor on the Kelly Miller Middle School project. The remainder of paragraph 1 is denied.

2.

Denied.

3.

Denied.

4.

The fourth paragraph of the Counterclaim was improperly numbered as #3. JCI admits only that Specialty Construction has improperly refused to tender payment in the amount of $39,000. The remainder of this paragraph is denied.

5.

Denied.

6.

Paragraph 6 of the Counterclaim was improperly numbered as #3. This paragraph is denied in its entirety.

7.

All assertions that have not been expressly admitted are hereby denied.

### AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Counterclaim fails to state a claim against JCI upon which relief can be granted.

### Second Affirmative Defense

Specialty Construction's damages, if any, were caused by its own actions or omissions or the actions or omissions of third parties over whom JCI had no control.

### Third Affirmative Defense

Specialty Construction failed to mitigate its damages, if any.

### Fourth Affirmative Defense

Specialty Construction's claims are barred due to its failure to provide proper notice of its claim as required by the subcontract.

**Fifth Affirmative Defense**

Specialty Construction's Counterclaim against JCI is barred by its material breach of its contractual obligations, including its failure to make payment to JCI.

**Sixth Affirmative Defense**

JCI shows that it breached no legal, contractual, or other duty owed to Specialty Construction.

**Seventh Affirmative Defense**

Specialty Construction's Counterclaim against JCI is barred by its failure to comply with contractual conditions precedent, including but not limited to the performance of Specialty Construction's contractual obligations to JCI.

**Eighth Affirmative Defense**

JCI hereby gives notice that it intends to rely upon such other affirmative defenses, the existence of which may become known through discovery, and reserves the right to amend its answer to assert the same.

WHEREFORE, Plaintiff, Johnson Controls, Inc., requests that this Court dismiss the Counterclaim filed by Specialty Construction Management, Inc. in its entirety with prejudice and provide such other relief as this Court deems proper.

                Respectfully submitted.

                **ADORNO & YOSS LLC**

Dated: July 12, 2006         _____/s/_____
                Thomas L. Peterson
                D.C. Bar No. 392,329
                1000 Vermont Avenue, NW
                Suite 450
                Washington, DC 20005
                Tel: (202) 408-5700

Fax: (202) 408-7677
tpeterson@adorno.com


OF COUNSEL:
Kenneth Muhammad
Georgia Bar No. 527907
1349 West Peachtree Street
Suite 1500
Atlanta, Georgia 30309
Telephone:  (404) 347-8302
Facsimile:   (404) 921-9115
kmuhammad@adorno.com